UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GEICO,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, ABC CORPORATIONS 1-10, JOHN DOES 1-10,<br><br>                Defendants. | Civil Action No. 11-3059 (SDW)(MCA)<br><br>**ORDER**<br><br>November 14, 2011 |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline C. Arleo filed on October 27, 2011, regarding Defendant United States of America's motion to dismiss Plaintiff Geico's Complaint for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1), or alternatively, to dismiss for failure to state a claim upon which relief can be granted under Fed. R. Civ. P. 12(b)(6). No objections have been filed.[1]

The Court has reviewed the R&R, the brief, and the other documents on file in this matter. Based on the foregoing, and for good cause shown,

**IT IS** on this 14th day of November 2011,

**ORDERED** that Magistrate Judge Arleo's R&R filed on October 27, 2011, is **ADOPTED** by this Court in its entirety.

s/ Susan D. Wigenton, U.S.D.J.

---

[1] Objections were due by November 10, 2011.

cc:     Magistrate Judge Madeline C. Arleo